IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DWIGHT BROWN, | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff, | : | NO. 09-5157 |
| v. | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 7th day of May, 2010, upon consideration of Plaintiff's Motion to Amend Complaint (Dkt. No. 8) and Defendant's Oppositions thereto (Dkt. Nos. 10 and 11), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Plaintiff's Motion is DENIED.

BY THE COURT:

/s/ C. Darnell Jones II
C. DARNELL JONES II    J.