IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWIGHT BROWN, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 09-5157 |
| v. | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 14th day of June, 2010, upon consideration of Plaintiff's Motion for Reconsideration (Dkt. No. 15) and Defendants' Oppositions thereto (Dkt. Nos. 16 and 17), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Plaintiff's Motion is DENIED.

BY THE COURT:

/s/ C. Darnell Jones II
C. DARNELL JONES II      J.